# UNITED STATES DISTRICT COURT
## THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York
--------------------------------------------------------X
United States of America,

                Plaintiff                         **SCHEDULING ORDER**

      -against-

                                     17 CR 506 -7 (NSR)

  Rahiem Miller

                Defendant
--------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for April 15, 2020 at 2:30 p.m. before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  April 10 , 2020
             White Plains, New York

                                      SO ORDERED:

                                        S/

                                  _____
                                    PAUL E. DAVISON
                                    United States Magistrate Judge