**MEMO ENDORSED**

## THE LAW OFFICES OF SEAN M. MAHER, PLLC

July 1, 2020

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Owens et al., (Rahiem Miller),*
        17 Cr. 506 (NSR)-07

Dear Judge Román:

Sentencing is adjourned from July 15, 2020 until Sept. 18, 2020 at 10:30 am. Sentencing submissions are adjourned accordingly. Clerk of the Court is requested to terminate the motion (doc. 300).

Dated:  July 1, 2020

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

        On behalf of defendant Mr. Rahiem Miller, I respectfully write to request, in light of the COVID-19 pandemic and the limitations on in-person court proceedings, that the sentencing hearing currently scheduled for July 15, 2020 be adjourned until September, preferably September 17, 18, 24, or 25, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court.

        I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Maurene Comey that the government consents to the defense's request.

                                                Respectfully submitted,

                                                _____/S/_____
                                                Sean M. Maher
                                                *Counsel for Rahiem Miller*

cc:  All counsel via ECF



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020