# THE LAW OFFICES OF SEAN M. MAHER, PLLC

**MEMO ENDORSED**

September 1, 2020

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Owens et al., (Rahiem Miller)</u>,
17 Cr. 506 (NSR) -07

Defendant's request to adjourn the Sentencing from Sept. 18, 2020 until Nov. 19, 2020 at 12:00 pm. Sentencing submissions are adjourned accordingly. Clerk of the Court requested to terminate the motion (doc. 319).

Dated: Sept. 2, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J.

Dear Judge Román:

On behalf of defendant Mr. Rahiem Miller, I respectfully write to request, in light of the COVID-19 pandemic and the continued limitations on in-person jail visitation and court proceedings, that the sentencing hearing currently scheduled for September 18, 2020 be adjourned 60 days, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court.

I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Maurene Comey that the government consents to the defense's request.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Rahiem Miller*

cc: All counsel via ECF



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2020

233 BROADWAY, SUITE 820, NEW YORK, NEW YORK 10279
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM