MEMO ENDORSED

# THE LAW OFFICES OF SEAN M. MAHER, PLLC

November 4, 2020

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Owens et al., (Rahiem Miller),*
        S4 17 Cr. 506 (NSR) -07

Dear Judge Román:

On behalf of defendant Mr. Rahiem Miller, <u>I respectfully write to request, in light of the continued difficult conditions surrounding the COVID-19 pandemic, that the sentencing hearing currently scheduled for November 19, 2020 be adjourned 60 days, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court</u>.

<u>I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Maurene Comey that the government has no objection to the defense's request</u>.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Rahiem Miller*

cc:  All counsel via ECF

> Defendant's request to adjourn the Sentencing from Nov. 19, 2020 until Jan. 21, 2021 at 12:00 noon is granted without objection by the Government. Sentencing submissions are adjourned accordingly. Clerk of Court requested to terminate the motion (doc. 350).
> Dated: Nov. 5, 2020
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/5/2020

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM