# THE LAW OFFICES OF SEAN M. MAHER, PLLC

May 19, 2021

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   <u>United States v. Owens et al., (Rahiem Miller),</u>
      S4 17 Cr. 506 (NSR) -07

Dear Judge Román:

     On behalf of defendant Mr. Rahiem Miller, I respectfully write to request, in light of the continued difficult conditions surrounding the COVID-19 pandemic, that the sentencing hearing currently scheduled alternatively for June 4 & 10, 2021 be adjourned 60 days, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court.

     I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Maurene Comey that the government has no objection to the defense's request.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Rahiem Miller*

cc:  All counsel via ECF

> Deft's request to adjourn the in-person Sentencing from June 4 or 10, 2021 until July 28, 2021 at 11:45 am, or, alternatively, July 30, 2021 at 12:00 pm is granted without objection by the Gov't. Sentencing submissions are adjourned accordingly. Clerk of Court requested to terminate the motion (doc. 382).
> Dated:  May 25, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021